# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | | |
|---|---|---|
| RONALD LEONARD MORAVEC, | ) | Case No. 2:21-CV-21-88-BU-BMM |
| | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE:** |
| | ) | **MOTION TO CONTINUE** |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

UPON READING the Motion of Kevin E. Vainio, attorney for the Plaintiff, for a continuance for the Opening Brief in the above matter, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Opening Brief in the above-entitled matter is hereby due on the 5th day of August 2022.

DATED this 15th day of June, 2022.

Brian Morris, Chief District Judge
United States District Court